UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| ELEANOR AHENAKEW LAMERE, | JUDGMENT IN A CIVIL CASE |
| | Case No. CV-18-97-GF-BMM-JTJ |
| Petitioner, | |
| vs. | |
| CHINOOK, MONTANA, et al, | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of July, 2018.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk